SOLOMON MORRIS, Respondent, *v.* SADYE R. MORRIS, Individually and as Administratrix of the Estate of HARRY MORRIS, Deceased, et al., Appellants.

(Argued October 27, 1932; decided November 22, 1932.)

*Daniel J. Dugan, Isadore Bookstein* and *Avrom M. Jacobs* for Sadye R. Morris, appellant.

*Harris Jay Griston* and *Norman M. Beck* for Sylvia F. Morris et al., infants, appellants.

*P. C. Dugan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.